# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-140-FDW

| | |
|---|---|
| **JOHN JOSEPH MORRISON, et al.,** | )<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | ) **ORDER**<br>) |
| **MICHAEL W. MILLER, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on its May 5, 2019 Order, (Doc. No. 3).

*Pro se* Plaintiffs filed a Complaint pursuant to 42 U.S.C. § 1983 while they were pretrial detainees at the Cleveland County Detention Center. On May 3, 2019, the Court issued an Order explaining that the Complaint was too deficient to be screened on initial review and that each Plaintiff was required to pay the filing fee or move to proceed *in forma pauperis* and file a signed Amended Complaint within 21 days. (Doc. No. 3). Plaintiffs were cautioned that failure to comply would probably result in the case's dismissal and closure without further notice. (Doc. No. 3 at 2).

Review of the Cleveland County Sheriff's Office website reveals that Plaintiffs **Morrison, Wilson, Garcia, Banks, Curry, Sarvis,** and **Sanford** no longer reside at the Cleveland County Detention Center. However, they have not updated the Court with their current addresses and may have abandoned this action.

Accordingly, the court **DIRECTS** Plaintiffs Morrison, Wilson, Garcia, Banks, Curry, Sarvis, and Sanford to each file a Notice informing the Court of his current address within **10 days** of this Order. The failure to file a timely response will result in the dismissal of this action without prejudice and without further notice as to these Plaintiffs.

1

All Plaintiffs are hereby informed that they must keep the Court apprised of their current addresses at all times or this action may be dismissed for lack of prosecution as to them.

**IT THEREFORE ORDERED** that:

1. Plaintiffs Morrison, Wilson, Garcia, Banks, Curry, Sarvis, and Sanford shall each file a Notice informing the Court of his current address within **10 days** of this Order. Failure to comply with this Order will result in dismissal of this action without prejudice as to the non-complying Plaintiffs.

2. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail a copy of this Order to all Plaintiffs' addresses of record as well as to:

   John Joseph Morrison
   Offender # 0557052
   Piedmont Correctional Institution
   1245 Camp Road
   Salisbury NC 28147

   Tirece Banks, Jr.
   Offender # 1618413
   Polk Correctional Institution
   Box 2500
   Butner, NC 27509

   Nathaniel Curry
   Offender # 1339082
   Piedmont Correctional Institution
   1245 Camp Road
   Salisbury NC 28147

   Kelly Reid Sarvis
   Offender # 1619221
   Bertie Correctional Institution
   PO Box 129
   Windsor, NC 27983

Signed: October 31, 2019

Frank D. Whitney
Chief United States District Judge