# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| John Douglas Short Jr. | ) | JUDGMENT IN CASE |
| John Joseph Morrison | ) | |
| Nathaniel Curry | ) | |
| Thomas Byers | ) | |
| Kelly Reid Sarvis | ) | |
| James Lewis Sanford | ) | |
| Brandon Leon Wilson | ) | |
| Kenneth Moore | ) | |
| Hugo Cesar Soria Garcia | ) | |
| Tirece Banks Jr., | ) | |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00140-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael W. Miller | ) | |
| William Wiseman | ) | |
| Richard L. Shaffer Jr. | ) | |
| Sally Kirby-Turner | ) | |
| Elizabeth Lari, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 10, 2019 Order.

December 10, 2019

Frank G. Johns, Clerk
United States District Court